FILED

09 SEP 16 AM 9:31

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Scott Gregory Baker - # 187710 

/



**ORDER TO SHOW CAUSE**

It appearing that Scott Gregory Baker has been suspended for 2 years and until restitution and until State Bar Court grants motion to terminate suspension by the Supreme Court of California effective July 30, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before October 20, 2009 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:

Scott Gregory Baker
Law Office of Scott G. Baker
P.O. Box 1441
San Andreas, CA 95249