**FILED**

NOV 1 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                       No CV 09 80258 MISC VRW

Scott Gregory Baker,

    State Bar No 187710                  ORDER

_____/

    On September 16, 2009, the court issued an order to show cause (OSC) why Scott Gregory Baker should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the Supreme Court of California, effective July 30, 2009.

    The OSC was mailed to Mr Baker's address of record with the State Bar on September 18, 2009.  It was returned by the post office as undeliverable.  A written response was due on or before October 22, 2009.  No response to the OSC has been filed as of this date.

    The court now orders Scott Gregory Baker removed from the roll of attorneys authorized to practice before this court.  The clerk is directed to close the file.

    IT IS SO ORDERED.

                                             VAUGHN R WALKER
                                             United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Scott Gregory Baker,

_____/

Case Number: CV-09-80258   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Scott Gregory Baker
Law Office of Scott G Baker
PO Box 1441
San Andreas, CA 95249

Dated: November 18, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*